**Opinion issued July 22, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-20-00483-CV

———————————

**JAIME GUEVARA, Appellant**

**V.**

**TREY AUSTIN BARTHOLOMAUS, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Case No. 2017V-0020**

---

## MEMORANDUM OPINION

Appellant, Jaime Guevara, has filed a motion for voluntary dismissal of his appeal. No response was filed opposing dismissal. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.